# EXHIBIT A

**Lieff**
**Cabraser**
**Heimann &**
**Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

August 17, 2015

Jonathan D. Selbin
Partner
jselbin@lchb.com

**BY CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Marco DeSanto
General Counsel and Secretary
One Mercedes Drive
Montvale, NJ 07645

Gail E. Slaughter
Associate General Counsel
One Mercedes Drive
Montvale, NJ 07645

RE:    Mercedes-Benz Moldy HVAC Units

Dear: Mr. DeSanto and Ms. Slaughter:

  We write on behalf of Manan Bhatt, owner of a 2010 Mercedes-Benz C300W Sports Sedan. From early on in his ownership of the vehicle, Mr. Bhatt has experienced occurrences of moldy odors emanating from, his vehicle's heating, ventilation, and air conditioning ("HVAC") system. Mr. Bhatt took his vehicle to Mercedes-Benz of South Bay in Torrance, California to have this repaired, but was told that this issue is not covered under warranty, and that he would need to pay approximately $160 to have the problem fixed by having the cabin air filter replaced. When the moldy odor returned several months later, Mr. Bhatt was charged $56 for another temporary repair. Mr. Bhatt's vehicle was and is still under warranty.

  We have since learned of numerous individuals who have experienced the same problem. One of these individuals owns a 2011 Mercedes-Benz C300 and was charged $184 for a temporary fix of the problem. Another owns a 2011 Mercedes-Benz E350 and was also charged $184 to temporarily fix the problem. Another owns a 2008 Mercedes-Benz C300 and was charged $200 to temporarily fix the problem. Each of these vehicles was and is under warranty. Each of these fixes was impermanent in that they did not repair the underlying defect causing the moldy odors.

  Further investigation has confirmed that this problem is wide-spread amongst Mercedes-Benz vehicle owners. Specifically, there have been numerous complaints about occurrences of mold in the HVAC units of C Class, E Class, M Class, GLK Class, GL Class, CLA Class, and SL Class vehicles, many of which were under warranty at the time the mold first occurred.

  Because of this, we write on behalf of Mr. Bhatt and others similarly situated to notify you that we believe that Mercedes-Benz USA has breached express and/or implied warranties, committed fraud, unjustly enriched itself, and engaged in unfair and deceptive acts and other unlawful practices in connection with its manufacturing, advertising, marketing, and/or sale of Mercedes-Benz vehicles containing an HVAC system.

August 17, 2015
Page 2

      Mr. Bhatt alleges that Mercedes-Benz USA knew of the tendency of its vehicles to develop mold and willfully concealed this defect from consumers. Furthermore, Mercedes-Benz breached express and implied warranties by failing to disclose the defect and charging vehicle owners to repair the defect. In addition to constituting common law fraud and breach of warranties, these acts and practices also violate the California Song-Beverly Consumer Warranty Act, Cal. Civil Code § 1791, *et. seq.*,

      On behalf of Mr. Bhatt and others similarly situated, we hereby demand that within thirty (30) days of receiving this letter, Mercedes-Benz agree to (1) inform us what actions, if any, Mercedes-Benz has taken to repair, fix, or rectify this issue in affected vehicles, (2) cease the deceptive practices described above, (3) correct, repair, replace, or otherwise fix the defective HVAC systems in Mr. Bhatt and other's affected vehicles at no cost, (4) compensate Mr. Bhatt and all others harmed by these practices by reimbursing those individuals who paid for repairs out of pocket, and (5) repair this problem under warranty going forward. If Mercedes-Benz refuses to provide the demanded relief within 30 days, we will file a class action to seek from Mercedes-Benz compensatory and punitive damages, restitution, and any appropriate injunctive/equitable relief.

If you would like to discuss resolving these violations on a class-wide basis without the need for litigation, I invite you to contact me at any time. You can reach me at (212) 355-9500 ext. 6604, or jselbin@lchb.com. I look forward to hearing from you.

                                        Very truly yours,

                                        Jonathan D. Selbin

JDS/JJT

1255744.1