# EXHIBIT D



Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

January 29, 2016

Annika K. Martin
Partner
akmartin@lchb.com

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Marco DeSanto
General Counsel and Secretary
303 Perimeter Center North
Suite 202
Dunwoody, GA 30346

RE: Mercedes-Benz Moldy HVAC Units

Dear Mr. DeSanto:

    We write on behalf of Mr. Sunil Amin, owner of a 2013 Mercedes-Benz C250 Coupe RWD that he purchased on November 10, 2012. Since approximately January of 2014, Mr. Amin has experienced occurrences of moldy odors emanating from, his vehicle's heating, ventilation, and air conditioning ("HVAC") system. Mr. Amin has noticed that the odors generally worsen during periods of rain and when the air conditioner is used. Mr. Amin's vehicle was and is under its original factory warranty. Mr. Amin conducted extensive research and had seen Mercedes-Benz marketing prior to purchasing this vehicle. Following same, he reasonably expected to receive an enjoyable and comfortable vehicle, but rather came to experience fouls smells to the extent that they curtailed his enjoyment and use of the vehicle.

    We have learned of numerous individuals who have experienced the same problem. One of these individuals owns a 2011 Mercedes-Benz C300 and was charged $184 for a temporary fix of the problem. Another owns a 2010 Another Mercedes—Benz C300W Sports Sedan and was charged $56 for a temporary repair. Another owns a 2011 Mercedes-Benz E350 and was also charged $184 to temporarily fix the problem. Another owns a 2008 Mercedes-Benz C300 and was charged $200 to temporarily fix the problem. Each of these vehicles was and is under warranty. Each of these fixes was impermanent in that they did not repair the underlying defect causing the moldy odors.

    Further investigation has confirmed that this problem is wide-spread amongst Mercedes-Benz vehicle owners. Specifically, there have been numerous complaints about occurrences of mold in the HVAC units of C Class, E Class, M Class, GLK Class, GL Class, CLA

Class, and SL Class vehicles, many of which were under warranty at the time the mold first occurred.

Because of this, we write on behalf of Mr. Amin and others similarly situated to notify you that we believe that Mercedes-Benz USA has breached express and/or implied warranties, committed fraud, unjustly enriched itself, and engaged in unfair and deceptive acts and other unlawful practices in connection with its manufacturing, advertising, marketing, and/or sale of Mercedes-Benz vehicles containing an HVAC system.

Mr. Amin alleges that Mercedes-Benz USA knew of the tendency of its vehicles to develop mold and willfully concealed this defect from consumers. Furthermore, Mercedes-Benz breached express and implied warranties by failing to disclose the defect and charging vehicle owners to repair the defect. In addition to constituting common law fraud and breach of warranties, these acts and practices also violate the Georgia Fair Business Practices Act, O.C.G.A. § 10-1-390, *et. seq*.

On behalf of Mr. Amin and others similarly situated, we hereby demand that within thirty (30) days of receiving this letter, Mercedes-Benz agree to (1) inform us what actions, if any, Mercedes-Benz has taken to repair, fix, or rectify this issue in affected vehicles, (2) cease the deceptive practices described above, (3) correct, repair, replace, or otherwise fix the defective HVAC systems in Mr. Amin and other's affected vehicles at no cost, (4) compensate Mr. Amin and all others harmed by these practices by reimbursing those individuals who paid for repairs out of pocket, and (5) repair this problem under warranty going forward. If Mercedes-Benz refuses to provide the demanded relief within 30 days, we will file a class action to seek from Mercedes-Benz compensatory and punitive damages, restitution, and any appropriate injunctive/equitable relief. The class action will be filed on behalf of Mr. Amin and Mr. Manan Bhatt, on whose behalf you received a demand letter from us dated August 19, 2015.

If you would like to discuss resolving these violations on a class-wide basis without the need for litigation, I invite you to contact me at any time. You can reach me at (212) 355-9500 ext. 6640, or akmartin@lchb.com. I look forward to hearing from you.

Very truly yours,

Annika K. Martin

cc:     Ketan Patel, Corpus Law

AKM:wp
1290339.1