IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUNIL AMIN and TRUSHAR PATEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and DAIMLER AG,<br><br>Defendants. | Case No. 1:17-cv-01701-AT |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiffs Sunil Amin and Trushar Patel ("Plaintiffs") and Defendants Mercedes-Benz USA, LLC ("MBUSA") and Daimler AG (collectively, "Defendants"), by and through their respective counsel of record, hereby jointly move this Court, in accordance with Rule 16(b) of the Federal Rules of Civil Procedure, to extend certain deadlines in the current scheduling order [Dkt. 48].

As explained in more detail below, there are now three putative class actions raising essentially the same allegations concerning the HVAC systems of Mercedes vehicles pending in California, Georgia, and New Jersey. An extension of the current deadlines is warranted to conserve the Court's and the parties'

resources and to ensure the efficient resolution of these closely related matters. In support of this motion, the parties show the Court as follows:

1. Plaintiffs were originally named plaintiffs in another putative class action pending against Defendants in the Central District of California (*Bhatt v. MBUSA et al.*, Case No. 2:16-cv-03171-TJH-RAO ("*Bhatt*")).

2. On March 9, 2017, Plaintiffs were dismissed from the *Bhatt* action as misjoined parties. Counsel for Plaintiffs continue to represent the remaining named plaintiffs in *Bhatt*, and the parties have an agreement that any discovery exchanged in *Bhatt* may be used by the parties in this action to avoid duplicative efforts.

3. On January 16, 2018, the plaintiffs in *Bhatt* served their First Set of Requests for Production on Daimler AG.

4. On March 16, 2018, Daimler AG served its responses and objections to the *Bhatt* plaintiffs' First Set of Requests for Production on Daimler AG.

5. After meeting and conferring on several occasions, the *Bhatt* plaintiffs and Daimler AG came to an agreement regarding the scope and search terms governing Daimler AG's initial search and production of documents in response to the *Bhatt* plaintiffs' requests for production of documents.

6. Many of the *Bhatt* plaintiffs' document requests sought design and

other highly technical German-language documents spanning many years of vehicles and located in proprietary databases with limited ability for automated searching and document retrieval, requiring time- and labor-intensive manual search and collection.

7. Responding to the *Bhatt* plaintiffs' document requests also required Daimler AG to expend a significant amount of time and resources in order to gather, review, and prepare Daimler AG's document production in a manner compliant with the European Union's General Data Protection Regulation and German data privacy laws.

8. In consideration of the foregoing, the parties recognized that fact discovery could not be substantially completed by the then-current deadline of October 23, 2018.

9. Accordingly, on October 4, 2018, the parties jointly moved to modify the scheduling order to adopt the same schedule entered by the court in *Bhatt* such that this matter would proceed on a parallel track in order to avoid duplicative efforts and to conserve resources.

10. On October 9, 2018, the Court entered a Second Amended Scheduling Order [Dkt. 48], imposing the following deadlines to match the schedule set in *Bhatt*:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | **February 15, 2019** |
| Plaintiffs' Motion for Class Certification Due | **April 5, 2019** |
| Depositions of Plaintiffs' Class Certification Experts Shall Be Complete | **June 21, 2019** |
| Defendants' Opposition to Class Certification Due | **August 23, 2019** |
| Depositions of Defendants' Class Certification Experts Shall Be Complete | **October 11, 2019** |
| Plaintiffs' Reply in Support of Class Certification Due | **November 25, 2019** |
| Parties to Meet and Confer on Further Case Schedule Deadlines, Including Trial | **+21 Days After Ruling on Class Certification** |

11.     Since the entry of the Second Amended Scheduling Order, Plaintiffs and Defendants have continued to engage in discovery.  Both Plaintiffs and Defendants have responded to written discovery requests and document production remains ongoing.

12.     In light of the ongoing document collection, review and production by Daimler AG, the parties do not believe that fact discovery will be substantially completed in *Bhatt* or in this case by the current deadline of February 15, 2019.

13.     Moreover, on December 12, 2018, five additional Plaintiffs filed a

putative class action Complaint against MBUSA and Daimler AG in the U.S. District Court for the District of New Jersey, based on materially identical factual allegations as those alleged in *Bhatt* and the present case. *See Biase v. Mercedes-Benz USA, LLC*, No. 2:18-cv-17128-MCA-MAH, Dkt. 1 (D.N.J.) (filed Dec. 12, 2018). The five plaintiffs in *Biase* are represented by the same counsel as Plaintiffs in this case and in *Bhatt*, among other counsel.

14. The parties continue to believe that coordinating discovery in each of these cases, which all involve the same material factual allegations, will conserve resources and promote an efficient resolution of all three cases.

15. Given that the parties need additional time to complete fact discovery both in *Bhatt* and in this case, and given the parties' desire to coordinate discovery between *Bhatt*, this case, and the newly-filed *Biase* action, the parties have jointly moved to amend the scheduling order in *Bhatt* to extend the fact-discovery period by an additional six months. *See Bhatt v. Mercedes-Benz USA, LLC, et al.*, No. 2:16-cv-03171-TJH-RAO, Dkt. 100 (filed Jan. 18, 2019).

16. To keep this case on the same schedule as *Bhatt*, and to coordinate with the newly-filed *Biase* case, which involves the same material factual allegations, the parties jointly move for an amended scheduling order setting forth the following deadlines (which match the deadlines the parties have requested in

*Bhatt*):

| Event | Proposed Deadline |
|---|---|
| Close of Fact Discovery | **August 15, 2019** |
| Plaintiffs' Motion for Class Certification Due | **October 4, 2019** |
| Depositions of Plaintiffs' Class Certification Experts Shall Be Complete | **December 20, 2019** |
| Defendants' Opposition to Class Certification Due | **February 28, 2020** |
| Depositions of Defendants' Class Certification Experts Shall Be Complete | **April 10, 2020** |
| Plaintiffs' Reply in Support of Class Certification Due | **May 25, 2020** |
| Parties to Meet and Confer on Further Case Schedule Deadlines, Including Trial | **+21 Days After Ruling on Class Certification** |

17.   This motion is made in good faith and not for the purpose of delay.

A proposed order is attached.

DATED:  January 18, 2019

By: */s/ Annika K. Martin*
Ketan A. Patel
Georgia Bar No. 121099
CORPUS LAW PATEL, LLC
P.O. Box 1022
Atlanta, Georgia  30290
Telephone:  (678) 597-8020
Fax:  (678) 826-4700
Email:  kp@personalinjury-ga.com

Jonathan D. Selbin
(admitted *pro hac vice*)
Annika K. Martin
(admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
Email:  jselbin@lchb.com
Email:  akmartin@lchb.com

John T. Spragens
(admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, Tennessee  37201
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
Email:  jspragens@lchb.com

**Attorneys for Plaintiffs and the Proposed Classes**

By: */s/ Stephen B. Devereaux*
Stephen B. Devereaux
Georgia Bar No. 219791
Madison H. Kitchens
Georgia Bar No. 561653
Adam Reinke
Georgia Bar No. 510426

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Fax:  (404) 572-5100
Email:  sdevereaux@kslaw.com
mkitchens@kslaw.com
areinke@kslaw.com

**Attorneys for Defendants Mercedes-Benz USA, LLC and Daimler AG**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which automatically sends e-mail notification of such filing to any attorneys of record.

I hereby certify that on this date I mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:  None.

This 18th day of January, 2019.

                                                */s/  Stephen B. Devereaux*
                                                Stephen B. Devereaux
                                                Georgia Bar No. 219791