UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| SUNIL AMIN, TRUSHAR PATEL, MANAN BHATT, MARY BLASCO, NICHOLAS BIASE, ROSA GRUE, JOHN DUDASIK, TODD BASLER, and GAIL MAHONEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>Defendants. | Case No. 1:17-cv-01701-AT<br><br>The Honorable Amy Totenberg |

**MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO THE CLASS REPRESENTATIVES**

Class Counsel, on behalf of the Settlement Class of certain owners and lessees of Mercedes-Benz vehicles defined in the Class Action Settlement Agreement, hereby move the Court for an order approving an award of $5,200,000 in attorneys' fees and $200,000 in expenses arising from the claims resolved in this litigation and for an aggregate service award of $40,000 to be distributed among

the nine Class Representatives, ranging from $6,000 to $2,500 each based on the number of physical in-person inspections conducted on their vehicles, to compensate them for their efforts on behalf of the Class.

As discussed in the attached Memorandum of Law, the Settlement entitles Class Members to cash reimbursement for out-of-pocket costs paid for past repairs related to the moldy and mildew odors originating from their HVAC systems, and a forward-looking extended warranty that covers qualified future repairs to address the moldy odors. It provides, in effect, an enhanced warranty, one that operates for a period of ten years backward looking and ten years into the future.

With this motion, Class Counsel submit an expert declaration from Lucy P. Allen, an experienced economist and the Managing Director of NERA Economic Consulting, who conducted an analysis to estimate the market value just of the future warranty relief provided to Class Members by the Settlement. Using her estimated value of the future warranty relief, the requested fees represent, at most, 14.4% of part of the estimated value of the benefits Mercedes will provide to Class Members, and likely far less. This fee is reasonable under the percentage approach, which should be applied in this case involving a constructive common fund. A lodestar crosscheck, though not required, also supports the fee. Defendants do not object to Class Counsel's request for fees, expenses, and a service award. Class

Counsel thus submit that the fees, expenses, and service award requested are fair and reasonable and respectfully request that the Court approve them.

Dated: April 13, 2020             Respectfully submitted,

By: */s/ Ketan A. Patel*
    Ketan A. Patel

Ketan A. Patel (State Bar Number 121099)
kp@personalinjury-ga.com
CORPUS LAW PATEL, LLC
P.O. Box 724713
Atlanta, Georgia 31139
Telephone: (678) 597-8020
Facsimile: (678) 826-4700

Jonathan D. Selbin (admitted *pro hac vice*)
jselbin@lchb.com
Annika K. Martin (admitted *pro hac vice*)
akmartin@lchb.com
Sean A. Petterson (*pro hac vice* pending)
spetterson@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 5.1C, I hereby certify that this brief was prepared using 14 point Times New Roman font with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

Dated: April 13, 2020               Respectfully submitted.

                            By: */s/ Ketan A. Patel*
                                Ketan A. Patel

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th Day of April, 2020, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

By: */s/ Ketan A. Patel*
Ketan A. Patel