# Exhibit 1 –  "Declaration of Lucy P. Allen"

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| SUNIL AMIN, TRUSHAR PATEL, MANAN BHATT, MARY BLASCO, NICHOLAS BIASE, ROSA GRUE, JOHN DUDASIK, TODD BASLER, and GAIL MAHONEY, on behalf of themselves and all others similarly situated, | Case No. 1:17-cv-01701-AT |
| | The Honorable Amy Totenberg |
| Plaintiffs, | |
| v. | |
| MERCEDES-BENZ USA, LLC, and DAIMLER AG, | |
| Defendants. | |

# DECLARATION

# OF

# LUCY P. ALLEN

# April 10, 2020

## I.   QUALIFICATIONS AND REMUNERATION

I, Lucy P. Allen declare as follows:

1.      I am a Managing Director at NERA Economic Consulting ("NERA"), a member of NERA's Securities and Finance Practice, and Chair of NERA's Product Liability and Mass Torts Practice. NERA provides practical economic advice related to highly complex business and legal issues arising from competition, regulation, public policy, strategy, finance, and litigation. NERA was established in 1961 and now employs approximately 500 people in more than 20 offices worldwide. NERA's Securities and Finance Practice, which performs research in securities and financial markets, dates from the early 1970s and employs a research staff of more than 100 professionals holding degrees in economics, finance, and mathematics. The practice group counts among its clients major securities exchanges, risk managers, principals needing valuation services, and parties in litigation.

2.      I have an A.B. from Stanford University, an M.B.A. with a concentration in Finance and Accounting from Yale University, and M.A. and M. Phil. degrees in Economics, also from Yale University. Prior to joining NERA, I was an Economist for both President George H. W. Bush's and President Bill Clinton's Councils of Economic Advisers, providing economic analysis on regulation and health care policy issues. In my over 20 years at NERA, I have been frequently engaged as an economic consultant or expert witness to perform valuations. I have testified at trials in Federal District Court, before the American Arbitration Association and the Judicial Arbitration Mediation Service, and in depositions. My resume with recent publications and testifying experience is included as Appendix A.

3.      NERA is being compensated for time spent by me and my team at standard billing rates and for out-of-pocket expenses at cost. NERA currently bills for my time at $975 per hour. NERA's fees are not in any way contingent upon the outcome of this matter.

## II.   BACKGROUND AND SCOPE OF ASSIGNMENT

4.      On May 11, 2017, Plaintiffs filed a complaint against Mercedes-Benz USA, LLC ("Mercedes") and Daimler AG claiming that certain Mercedes vehicles have "a serious design defect that causes the HVAC system to (a) accumulate mold and mildew residue or growth within the HVAC system; (b) emit a moldy or mildewy odor that permeates the vehicle cabin when the HVAC system is activated; and (c) cause the [v]ehicle's passenger cabin to be unbearable and thus unusable for its intended purpose."[1] On July 25, 2019, the parties reached a settlement in which owners of certain Mercedes models ("At-Issue Vehicles") will be eligible for reimbursement for out-of-pocket expenses relating to past HVAC repairs and for future HVAC repairs done at authorized Mercedes dealers.[2] Coverage of future repairs of an At-Issue Vehicle decreases as the At-Issue Vehicle becomes older and as its mileage increases. For instance, cars under 4 years old and driven less than 50,000 miles are fully covered, whereas cars between 4 and 8 years old and driven between 50,000 and 100,000 miles are only 70% covered for their repair costs. The complete coverage tiers are listed in the table below.

| Terms of Settlement Agreement | | |
|---|---|---|
| Coverage Tier Limits (Vehicle Must Be Within Both Limits) | | Percent |
| Age | Mileage | Covered |
| (1)  Under 4 Years | Less than 50,000 | 100% |
| (2)  4 to 8 Years | 50,000 to 100,000 | 70% |
| (3)  8 to 10 Years | 100,000 to 125,000 | 50% |
| (4)  More than 10 Years | Greater than 125,000 | 0% |

**Source:**
  Data from Settlement Agreement

5.      I have been asked by counsel for Plaintiffs to estimate the market value of future HVAC repairs on At-Issue Vehicles as outlined in the Settlement Agreement. I was provided

---

1   Complaint – Class Action, dated May 11, 2017, ¶ 3.

2   The At-Issue Vehicle models are: 204 and 205 C-Class vehicles (MY 2008-2019), 204 GLK-Class vehicles (MY 2010-2015), 218 CLS-Class vehicles (MY 2012-2017), 207, 212 and 213 E-Class vehicles (MY 2010-2019), 156 GLA-Class vehicles (MY 2015-2019), 166 GL-Class vehicles (MY 2013-2016), 166 GLE-Class vehicles (MY 2016-2019), 166 GLS-Class vehicles (MY 2017-2019), 166 M-Class vehicles (MY 2012-2015), and 253 GLC-Class vehicles (MY 2016-2019). Amin/Bhatt/Biase: Term Sheet (Subject to Mediation Privilege), dated July 25, 2019 ("Settlement Agreement"), p. 1.

sales data on Mercedes vehicles from 1998 to 2019, as well as a list of HVAC repairs performed at Mercedes dealerships in California from 2000 to 2017 which were initially covered (in whole or in part) by Mercedes ("covered repairs"). However, because actual nationwide claims data has not been provided, two different estimates of the nationwide claims rate were calculated using covered repair rates in California. These estimates were then used to calculate preliminary estimated market values of future repairs. As described in more detail below, one estimate uses the overall covered repair rate of At-Issue Vehicles sold in 2007, while the second estimate uses the 3-year covered repair rate of vehicles sold in 2007 and assumes that this repair rate repeats every 3 years.

6.      Furthermore, the dealer reimbursements reported in the California covered repair dataset were used as an estimate of the HVAC repair cost because the retail cost of the repairs was unavailable.

7.      Therefore, the market value estimates of future HVAC repairs are preliminary and may be updated should additional repair rate data and cost data become available.

## III.   ESTIMATED MARKET VALUE OF WARRANTY FOR FUTURE HVAC REPAIRS

8.      The estimated market value for future HVAC repairs of At-Issue Vehicles is determined by: 1) the number of At-Issue Vehicles sold; 2) the estimated number of future HVAC repairs; and 3) the estimated market price of an HVAC repair covered by the settlement.

### A.    Number of At-Issue Vehicles Sold

9.      The number of At-Issue Vehicles sold forms the basis for calculating the market value of future HVAC repairs under the Settlement Agreement. Data on sales of Mercedes vehicles in the United States between 1998 and 2019 was provided by Mercedes and includes At-Issue Vehicles sold each year between 2007 and 2019.

10.     The sales data indicates that Mercedes vehicles are first sold in the year prior to and up to two years after their respective model years, so it is assumed that 2017 model year vehicles would be sold from 2016 to 2019, 2018 model year vehicles would be sold from 2017 to

2020, and 2019 model year vehicles would be sold from 2018 to 2021.[3] Therefore, since the data provided by Mercedes only includes sales figures up to 2019, the number of vehicles sold in 2020 and 2021 was estimated. To do this, I used the sales data provided by Mercedes to calculate the historical percentage of vehicles of a particular model year that are sold in the year after the model year and the second year after the model year.[4] Combining the sales data provided by Mercedes with the estimates of vehicle sales from 2020 to 2021 results in 2.55 million At-Issue Vehicles. The table below shows the number of At-Issue Vehicles sold each year.

| Number of At-Issue Vehicles Sold | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sales Year** | **At-Issue Vehicles** | | | | | | | |
| | **C** | **E** | **GLK/GLC** | **CLS** | **GLA** | **GL/GLS** | **M/GLE** | **Total** |
| 2007 | 28,559 | - | - | - | - | - | - | **28,559** |
| 2008 | 71,883 | - | - | - | - | - | - | **71,883** |
| 2009 | 53,981 | 26,960 | 21,829 | - | - | - | - | **102,770** |
| 2010 | 58,967 | 61,043 | 21,061 | - | - | - | - | **141,071** |
| 2011 | 69,276 | 62,723 | 24,317 | 5,037 | - | - | 15,473 | **176,826** |
| 2012 | 81,732 | 65,178 | 29,357 | 8,050 | - | 9,085 | 37,886 | **231,288** |
| 2013 | 87,966 | 69,559 | 32,454 | 8,017 | - | 29,721 | 41,130 | **268,847** |
| 2014 | 74,725 | 66,396 | 35,008 | 6,980 | 6,815 | 26,501 | 46,612 | **263,037** |
| 2015 | 85,730 | 49,343 | 27,447 | 6,106 | 25,402 | 27,493 | 53,666 | **275,187** |
| 2016 | 78,141 | 47,375 | 48,418 | 4,217 | 24,805 | 30,792 | 55,006 | **288,754** |
| 2017 | 76,291 | 48,709 | 47,861 | 1,411 | 23,703 | 31,978 | 53,306 | **283,259** |
| 2018 | 75,611 | 55,495 | 80,436 | 83 | 28,928 | 17,706 | 50,516 | **308,775** |
| 2019 | 26,331 | 18,653 | 45,477 | 4 | 12,194 | 778 | 6,533 | **109,970** |
| 2020 [1] | 130 | 729 | 129 | - | 636 | 344 | 211 | **2,180** |
| 2021 [1] | 11 | 52 | 4 | - | 18 | 29 | 16 | **130** |
| **Total** | **869,335** | **572,215** | **413,798** | **39,905** | **122,501** | **174,427** | **360,355** | **2,552,536** |

**Notes and Sources:**
Data from BHATT_MBUSA_00105926_RETAIL_NEW_NATIONWIDE_CONFIDENTIAL.xlsx. The GLK model was replaced by the GLC model and the M model was replaced by the GLE.
[1] Estimated.

---

[3]   For example, 2017 model year vehicles are sold from calendar years 2016 to 2019.

[4]   For C-class vehicles, 0.3% are assumed to be sold in the year after the model year and 0.02% two years after. For E-class vehicles, 1.0% are assumed to be sold in the year after the model year and 0.1% 2 years after the model year. For M/GLE-class vehicles, 0.7% are assumed to be sold in the year after the model year and 0.04% two years after. For GLK/GLC-class vehicles, 0.4% are assumed to be sold in the year after the model year and 0.01% two years after. For GL/GLS-class vehicles, 1.2% are assumed to be sold in the year after the model year and 0.1% 2 years after the model year. For GLA-class vehicles, 2.8% are assumed to be sold in the year after the model year and 0.1% 2 years after the model year.

### B.    Estimated Future Repairs of At-Issue Vehicles

11.    The next step in estimating the market value of future HVAC repairs is to estimate the number of future repairs that will be covered by the Settlement Agreement. A covered repair dataset, which included data on California covered repairs, was used to estimate the repair rates of At-Issue Vehicles, as nationwide repair data was not available.[5]

12.    Two repair rates were calculated, both based on the number of covered repairs of At-Issue Vehicles sold in 2007 (the first year At-Issue Vehicles were sold). At-Issue Vehicles sold in 2007 were chosen because Mercedes issued a bulletin to dealers in 2011 stating that certain HVAC repairs would no longer be covered under warranty, resulting in a sharp decrease in covered repairs in 2011.[6] This sharp decrease suggests that covered repair rates after 2010 understate the incidence of HVAC issues. Of the At-Issue Vehicles in the covered repair dataset, vehicles sold in 2007 had the most time for the HVAC issue to arise before the issuance of the bulletin in 2011. Note that C-class vehicles are the only At-Issue Vehicles sold prior to 2010 and thus are the only class of At-Issue Vehicles eligible for covered repairs until 2010. While the covered repairs declined after 2010, there were still some repairs in the covered repair dataset after 2010. A comparison of the post-2010 repair rates of the C-class to the repair rates of other At-Issue Vehicle classes indicated that the repair rates for C-class vehicles were representative of other At-Issue Vehicle classes. In addition, a comparison of the repair rates between the C-class At-Issue Vehicles sold in 2007 and non-At-Issue Vehicles sold prior to 2007 also indicates that the estimated repair rates for C-class sold in 2007 are representative of other vehicle classes.

13.    As described in more detail below, the first repair rate is an estimate of the overall incidence of the HVAC defect, and is based on the percentage of At-Issue Vehicles sold in 2007 that received a covered repair within 10 years of the purchase date. The second repair rate is based on the percentage of At-Issue Vehicles sold in 2007 that received a covered repair through 2010. This repair rate is then assumed to repeat every 3 years.

---

5    BHATT_MBUSA_105725_WARRANTY_CONFIDENTIAL.xlsx.

6    "Under certain conditions, typically in a hot and humid climate, the vehicle may emit a musty/moldy odor from the air conditioning system […] In these models the evaporator can be ruled out as the cause of the odor […] Therefore, MBUSA does not recognize the cleaning of the evaporator under warranty." Note that this appears to be a revision of a previous bulletin and thus may not be when dealers were first notified that they were no longer being reimbursed for these repairs. Mercedes Star Bulletin, dated October 20, 2011 (BHATT_MBUSA_00105750.jpg).

14.     Next, the repair rates are used to calculate the estimated repairs of At-Issue Vehicles. To divide the estimated repairs between those that have occurred in the past and those that will occur in the future, I first calculated the number of years that the At-Issue Vehicles are eligible for covered repairs ("Total Vehicle-Years"). Then, the Total Vehicle-Years are split into years prior to 2020 ("Past Vehicle-Years") and years after and including 2020 ("Future Vehicle-Years"). As shown in the table below, 48.0% of the Total Vehicle-Years are Future Vehicle-Years and 52.0% of the Total Vehicle-Years are Past Vehicle-Years. In other words, 52.0% of the estimated repairs on At-Issue Vehicles are assumed to have occurred in the past and 48.0% are assumed to occur in the future.

### Vehicle-Years Calculation

| Sales Year | Total At-Issue[1] | Vehicle-Years | | |
| | | Past[2] | Future[2] | Total |
| (1) | (2) | (3) | (4) | (5) |
| 2007 | 28,559 | 285,590 | - | 285,590 |
| 2008 | 71,883 | 718,830 | - | 718,830 |
| 2009 | 102,770 | 1,027,700 | - | 1,027,700 |
| 2010 | 141,071 | 1,340,175 | 70,536 | 1,410,710 |
| 2011 | 176,826 | 1,503,021 | 265,239 | 1,768,260 |
| 2012 | 231,288 | 1,734,660 | 578,220 | 2,312,880 |
| 2013 | 268,847 | 1,747,506 | 940,965 | 2,688,470 |
| 2014 | 263,037 | 1,446,704 | 1,183,667 | 2,630,370 |
| 2015 | 275,187 | 1,238,342 | 1,513,529 | 2,751,870 |
| 2016 | 288,754 | 1,010,639 | 1,876,901 | 2,887,540 |
| 2017 | 283,259 | 708,148 | 2,124,443 | 2,832,590 |
| 2018 | 308,775 | 463,163 | 2,624,590 | 3,087,753 |
| 2019 | 109,970 | 54,985 | 1,044,712 | 1,099,697 |
| 2020 | 2,180 | - | 21,800 | 21,800 |
| 2021 | 130 | - | 1,300 | 1,300 |
| Total | 2,552,536 | 13,279,460 | 12,245,900 | 25,525,360 |
| % of Total Vehicle-Years | | 52.0% | 48.0% | |

Notes:
[1] See "Number of At-Issue Vehicles Sold" table.
[2] Assumes vehicles were sold mid-year and vehicle-years before January 1, 2020 are "past" and any vehicle-years after January 1, 2020 are "future."

15.     For the first estimate of future repairs, the covered repair dataset was used to determine how many At-Issue Vehicles sold in 2007 received covered repairs as of January 23, 2018, the date the dataset was last modified. Combining this with the sales dataset from

Mercedes described above indicates that 12.0% of At-Issue Vehicles sold in California in 2007 received a covered repair within 10 years of purchase.[7]

16.     As described above, it is my understanding that Mercedes issued a bulletin to its dealers in 2011 indicating that Mercedes' warranty would no longer cover certain HVAC repairs, greatly reducing the number of covered repairs performed by Mercedes dealers starting in 2011. Thus, it is likely that the actual repair rate for At-Issue Vehicles sold in 2007 would have been greater than 12.0% had this bulletin not been issued. The chart below, which shows the number of covered repairs by year for both At-Issue and all vehicles, illustrates this reduction in covered repairs after 2010.



17.     Applying the 12.0% overall repair rate to the 2.55 million vehicles results in an estimated 306,420 repairs of At-Issue Vehicles. Then, the 306,420 estimate repairs are multiplied

---

[7]   BHATT_MBUSA_00105926_RETAIL_NEW_NATIONWIDE_CONFIDENTIAL.xlsx.

by 48.0%, the percentage of total estimated repairs that occur in the future, resulting in approximately 147,006 future repairs on At-Issue Vehicles ("Repair Estimate 1").

18.     The second estimate of future repairs is derived by calculating the percentage of At-Issue Vehicles sold in 2007 that obtained repairs within 3 years of purchase. A 3-year period was chosen to account for the issuance of the 2011 bulletin to Mercedes dealers described above.

19.     The California covered repair data indicates that 11.4% of the vehicles sold in California in 2007 obtained a covered repair within 3 years of purchase. Assuming that 11.4% of vehicles seek a covered repair every 3 years yields an estimated 970,633 repairs of At-Issue Vehicles over the 10-year warranty period. Consistent with Repair Estimate 1, the 970,633 estimated repairs of At-Issue Vehicles are multiplied by 48.0%, resulting in approximately 465,665 future repairs on At-Issue Vehicles. ("Repair Estimate 2").

20.     Repair Estimates 1 and 2 likely understate the future incidence of covered repairs because they are based on the number of covered repairs that Mercedes dealers performed and do not capture the customers who paid out of pocket (to the extent that certain dealers did not honor the warranty prior to 2010) or those who chose to not have their vehicle repaired.  Presumably, At-Issue Vehicle owners would seek repairs at a higher rate once they are formally notified that their vehicle's HVAC system is potentially defective and that the repairs would be fully or partially covered.

### C.    Estimated HVAC Repair Costs

21.     The market value of each repair was estimated using the California covered repair data provided by Mercedes. This data includes descriptions of each repair and the amount Mercedes reimbursed the dealer for that repair.

22.     The estimated repair cost is based on covered repair costs performed between 2008 and 2010. This is because the majority of repairs of At-Issue Vehicles occurred between 2008 and 2010, as shown by the blue bars in the "California Covered Repairs by Year" chart above.

23.     The dealer reimbursements were then adjusted for inflation. This was done by growing each dealer reimbursement amount in the dataset by the monthly CPI to September 1, 2019. The median inflation-adjusted reimbursement amount for repairs of At-Issue Vehicles

from 2008 to 2010 was $327.[8] The table below shows the nominal and inflation-adjusted repair costs for each year.

| California Covered Repairs Performed on At-Issue Vehicles *Median Dealer Reimbursement Amount* | | | |
|---|---|---|---|
| Year | Number of Repairs | Nominal | Adj. for Inflation |
| (1) | (2) | (3) | (4) |
| 2008 | 240 | $194 | $245 |
| 2009 | 736 | $269 | $328 |
| 2010 | 1,011 | $281 | $338 |
| 2008 to 2010 | 1,987 | $271 | $327 |

Notes and Sources:
Data from from BHATT_MBUSA_105725_WARRA
NTY_CONFIDENTIAL.xlsx. Repairs with keywords
"replace" and "evaporator" in the "Dealer Comments"
field are excluded because evaporator replacements are
not covered under the Settlement Agreement.

24.    This estimate likely understates the market value for HVAC repairs because these reimbursement amounts represent the cost to Mercedes dealers, not the cost to Mercedes customers for repairs of their vehicle's HVAC system. In other words, this is the amount that Mercedes paid to the dealers and likely represents a wholesale cost, not a retail cost. Presumably, Mercedes dealerships charge more to the end consumer than the dealership's own cost of the repair.

## D.   Estimated Market Value of Warranty for Future HVAC Repairs

25.    Multiplying the estimated future repairs of At-Issue Vehicles calculated above by the median inflation-adjusted dealer reimbursement amounts yields an estimated warranty market value of $48.0 million using Repair Estimate 1 and $152.2 million using Repair Estimate 2.

---

[8]    This number excludes all repairs with the keywords "replace" and "evaporator" in the "Dealer Comment" field because evaporator replacements are not covered under the Settlement Agreement. Settlement Agreement, p. 3.

26.     Then, these estimates are adjusted downward for two reasons. First, as described above, Mercedes will cover less of the repair cost as the age of the vehicle passes certain limits. For example, Mercedes will only cover 70% of the repair costs for vehicles that are between 4 and 8 years old and 50% of the repair costs for vehicles that are between 8 and 10 years old; vehicles more than 10 years old receive no coverage. The table illustrating the terms of the Settlement Agreement is restated below.

### Terms of Settlement Agreement

| | Coverage Tier Limits (Vehicle Must Be Within Both Limits) | | Percent Covered |
|---|---|---|---|
| | Age | Mileage | |
| (1) | Under 4 Years | Less than 50,000 | 100% |
| (2) | 4 to 8 Years | 50,000 to 100,000 | 70% |
| (3) | 8 to 10 Years | 100,000 to 125,000 | 50% |
| (4) | More than 10 Years | Greater than 125,000 | 0% |

**Source:**
    Data from Settlement Agreement

27.     Second, Mercedes will cover less of the repair cost if a vehicle passes its mileage limits before reaching its age limits.  For example, Mercedes will only cover 70% of the repair cost for a 2-year old vehicle if it has between 50,000 and 100,000 miles on it.  Based on data on miles driven by non-commercial Mercedes owners from the Federal Highway Administration, I calculated the percentage of Mercedes vehicles within each mileage bracket (*i.e.*, less than 50,000 miles, between 50,000 and 100,000 miles, between 100,000 and 125,000 miles, and more than 125,000 miles). The percentage of vehicles in each age tier that exceed the respective mileage limit is shown in the table below.

### Distribution of Mileage of Mercedes Vehicles in the United States

| | Percentage of Mercedes Vehicles With Mileage... | | |
| --- | --- | --- | --- |
| At Issue Vehicles | Between 50K and 100K (70% Coverage) | Between 100K and 125K (50% Coverage) | 125K+ (No Coverage) |
| (1) | (2) | (3) | (4) |
| Less than 4 Years Old | 2.9% | 0.4% | 0.1% |
| Between 4 and 8 Years Old | N/A | 4.5% | 1.1% |
| Between 8 and 10 Years Old | N/A | N/A | 11.3% |

Notes and Sources:
Data from the 2017 National Household Travel Survey. Boxed cells denote vehicles that are pushed to a lower coverage tier due to exceeding the mileage limit in the Settlement Agreement.

28.     The market values are therefore further adjusted downward to reflect these percentages (*e.g.*, 2.9% of the vehicle-years in the "less than 4 years old" (100% coverage) tier are assumed to receive 70% coverage).

29.     Applying the two downward adjustments described above yields estimated market values of future repairs of $30.8 million using Repair Estimate 1 and $97.5 million using Repair Estimate 2.[9] These numbers are summarized below.

---

[9]  It is my understanding that Epiq, a warranty claims administrator, provided Mercedes with an estimate of the costs associated with processing reimbursement claims from customers who have already paid out-of-pocket for covered HVAC repairs. Epiq Proposal dated August 28, 2019 (Epiq Estimate - MBUSA HVAC Settlement Administration - 08 28 19.pdf).

Included in Epiq's proposal is an estimate of 65,250 payable claims on past repairs of 2.5 million At-Issue Vehicles, although the proposal does not explain how this estimate was obtained. These claims imply a historical 2.61% repair rate on vehicles, or 66,621 past claims on the 2.55 million At-Issue Vehicles. Multiplying the 66,621 past claims by the ratio of future repairs to past repairs and the median inflation-adjusted dealer reimbursement cost of $327 and then adjusting downward as described in ¶¶ 23-24 above yields an estimated market value of $12.9 million. Note that this estimate is likely understated because it represents a past repair rate and does not account for the customer becoming aware (as a result of the Settlement Agreement) that there is a potential defect in their vehicle and that the repair would be fully or partially reimbursed.

| Estimated Market Value of Future Repairs Summary of Calculations | | |
|---|---|---|
| | Repair Estimate 1 | Repair Estimate 2 |
| (1) Est. Future Repairs of At-Issue Vehicles | 147,006 | 465,665 |
| (2) Median Dealer Reimbursement Cost[1] | $327 | $327 |
| (3) Est. Market Value of Warranty | $48.0 M | $152.2 M |
| **Settlement Agreement Adjustments** | | |
| (4)   Adjustment for Age Limits | $32.2 M | $102.1 M |
| (5)   *and* Adjustment for Mileage Limits | $30.8 M | $97.5 M |

Notes:
[1] See "California Covered Repairs Performed on At-Issue Vehicles" table.

30.    As noted previously, there are two factors that may increase the estimated market value but have not been accounted for due to limitations in the data provided:

a)  The estimated repair rate assumptions are based on data from vehicle owners who were unaware that the HVAC repairs would be reimbursed. Presumably, more Mercedes owners will seek repairs once they are formally notified that there is a widespread HVAC defect and that repairs of these HVAC defects will be fully or partially covered by Mercedes. Furthermore, as noted above, the estimated repair rate is based on the number of covered repairs that Mercedes dealers performed and does not capture the customers who paid out of pocket (to Mercedes or any other repair shop) or those who chose to not have their vehicle repaired.

b)  The basis for the repair cost estimate is the cost to Mercedes for doing the covered repairs and not the retail price a customer would pay for the repair. Presumably, the cost to Mercedes dealers for performing a repair is lower than the customer's end cost.

_____
Lucy P. Allen

**Lucy P. Allen**
Managing Director

NERA Economic Consulting
1166 Avenue of the Americas
New York, New York 10036
Tel: +1 212 345 5913  Fax: +1 212 345 4650
lucy.allen@nera.com
www.nera.com

# Appendix A

## LUCY P. ALLEN
## MANAGING DIRECTOR

## Education

**YALE UNIVERSITY**
M.Phil., Economics, 1990
M.A., Economics, 1989
M.B.A., 1986

**STANFORD UNIVERSITY**
A.B., Human Biology, 1981

## Professional Experience

1994-Present      **National Economic Research Associates, Inc.**
Managing Director. Responsible for economic analysis in the areas of securities, finance and environmental and tort economics.
Senior Vice President (2003-2016).
Vice President (1999-2003).
Senior Consultant (1994-1999).

1992-1993      **Council of Economic Advisers, Executive Office of the President**
Staff Economist. Provided economic analysis on regulatory and health care issues to Council Members and interagency groups. Shared responsibility for regulation and health care chapters of the *Economic Report of the President, 1993*. Working Group member of the President's National Health Care Reform Task Force.

1986-1988      **Ayers, Whitmore & Company (General Management Consultants)**
1983-1984      Senior Associate. Formulated marketing, organization, and overall business strategies including:
Plan to improve profitability of chemical process equipment manufacturer.
Merger analysis and integration plan of two equipment manufacturers.
Evaluation of Korean competition to a U.S. manufacturer.
Diagnostic survey for auto parts manufacturer on growth obstacles.

Lucy P. Allen

Marketing plan to increase international market share for major accounting firm.

Summer 1985    **WNET/Channel Thirteen, Strategic Planning Department**
<u>Associate</u>.  Assisted in development of company's first long-term strategic plan. Analyzed relationship between programming and viewer support.

1981-1983    **Arthur Andersen & Company**
<u>Consultant</u>.   Designed, programmed and installed management information systems.  Participated in redesign/conversion of New York State's accounting system.  Developed municipal bond fund management system, successfully marketed to brokers.  Participated in President's Private Sector Survey on Cost Control (Grace Commission).  Designed customized tracking and accounting system for shipping company.

**Teaching**

1989- 1992    **<u>Teaching Fellow</u>, Yale University**
Honors Econometrics
Intermediate Microeconomics
Competitive Strategies
Probability and Game Theory
Marketing Strategy
Economic Analysis

# Publications

"Snapshot of Recent Trends in Asbestos Litigation: 2019 Update," (co-author), NERA Report, 2019.

"Snapshot of Recent Trends in Asbestos Litigation: 2018 Update," (co-author), NERA Report, 2018.

"Trends and the Economic Effect of Asbestos Bans and Decline in Asbestos Consumption and Production Worldwide," (co-author), *International Journal of Environmental Research and Public Health*, 15(3), 531, 2018.

"Snapshot of Recent Trends in Asbestos Litigation: 2017 Update," (co-author), NERA Report, 2017.

"Asbestos: Economic Assessment of Bans and Declining Production and Consumption," World Health Organization, 2017.

"Snapshot of Recent Trends in Asbestos Litigation: 2016 Update," (co-author), NERA Report, 2016.

Lucy P. Allen

"Snapshot of Recent Trends in Asbestos Litigation: 2015 Update," (co-author), NERA Report, 2015.

"Snapshot of Recent Trends in Asbestos Litigation: 2014 Update," (co-author), NERA Report, 2014.

"Snapshot of Recent Trends in Asbestos Litigation: 2013 Update," (co-author), NERA Report, 2013.

"Asbestos Payments per Resolved Claim Increased 75% in the Past Year – Is This Increase as Dramatic as it Sounds?  Snapshot of Recent Trends in Asbestos Litigation: 2012 Update," (co-author), NERA Report, 2012.

"Snapshot of Recent Trends in Asbestos Litigation: 2011 Update," (co-author), NERA White Paper, 2011.

"Snapshot of Recent Trends in Asbestos Litigation: 2010 Update," (co-author), NERA White Paper, 2010.

"Settlement Trends and Tactics" presented at Securities Litigation During the Financial Crisis: Current Development & Strategies, hosted by the New York City Bar, New York, New York, 2009.

"Snapshot of Recent Trends in Asbestos Litigation," (co-author), NERA White Paper, 2009.

"China Product Recalls: What's at Stake and What's Next," (co-author), NERA Working Paper, 2008.

"Forecasting Product Liability by Understanding the Driving Forces," (co-author), The International Comparative Legal Guide to Product Liability, 2006.

"Securities Litigation Reform: Problems and Progress," Viewpoint, November 1999, Issue No. 2 (co-authored).

"Trends in Securities Litigation and the Impact of the PSLRA," Class Actions & Derivative Suits, American Bar Association Litigation Section, Vol. 9, No. 3, Summer 1999 (co-authored).

"Random Taxes, Random Claims," Regulation, Winter 1997, pp. 6-7 (co-authored).

## Depositions & Testimony (4 years)

Deposition Testimony before the United States District Court Middle District of Tennessee *in Zwick Partners LP and Aparna Rao v. Quorum Health Corporation,* 2019.

Lucy P. Allen

Testimony before the United States District Court Southern District of Iowa in *Mahaska Bottling Company, Inc., et al. v. PepsiCo, Inc. and Bottling Group, LLC*, 2019.

Testimony before the United States District Court Southern District of New York in *Chicago Bridge & Iron Company N.V. Securities Litigation*, 2019.

Deposition Testimony before the United States District Court Middle District of Florida in *Jacob J. Beckel v. Fagron Holdings USA, LLC et al.*, 2019.

Deposition Testimony before the Clark County District Court of Nevada in *Round Square Company Limited v. Las Vegas Sands, Inc*., 2018.

Deposition Testimony before the United States District Court Middle District of Tennessee in *Nikki Bollinger Grae v. Corrections Corporation of America et al.*, 2018.

Deposition Testimony before the District Court for the State of Nevada in *Dan Schmidt v. Liberator Medical Holdings, Inc., et al.*, 2018.

Deposition Testimony before the United States District Court Northern District of Illinois Eastern Division in *In re the Allstate Corporation Securities Litigation,* 2018.

Testimony before the American Arbitration Association in *Arctic Glacier U.S.A, Inc. and Arctic Glacier U.S.A., Inc. Savings and Retirement Plan v. Principal Life Insurance Company*, 2018.

Deposition Testimony before the United States District Court Southern District of New York in *Marvin Pearlstein v. Blackberry Limited et al.*, 2018.

Deposition Testimony before the United States District Court Eastern District of Texas in *Alan Hall and James DePalma v. Rent-A-Center, Inc., Robert D. Davis, and Guy J. Constant*, 2018.

Deposition Testimony before the United States District Court Southern District of Iowa in *Mahaska Bottling Company, Inc., et al. v. PepsiCo, Inc. and Bottling Group, LLC*, 2018.

Testimony and Deposition Testimony before the United States District Court District of New Jersey in *Association of New Jersey Rifle & Pistol Clubs, Inc. et al. v. Gurbir Grewal et al.,* 2018.

Deposition Testimony before the Supreme Court of the State of New York in *Bernstein Liebhard, LLP v. Sentinel Insurance Company, Ltd.*, 2018.

Deposition Testimony before the United States District Court Southern District of New York in *Andrew Meyer v. Concordia International Corp., et al.*, 2018.

Lucy P. Allen

Deposition Testimony before the United States District Court Southern District of California in *Virginia Duncan, et al. v. Xavier Becerra, et al.*, 2018.

Deposition Testimony before the United States District Court for the Western District of Texas, Austin Division in *City of Pontiac General Employees' Retirement System v. Dell, Inc., et al.,* 2017.

Deposition Testimony before the United States District Court for the Southern District of Texas, Houston Division in *In re Willbros Group, Inc. Securities Litigation,* 2017.

Deposition Testimony before the United States District Court for the Southern District of Texas, Houston Division in *In re Cobalt International Energy Inc. Securities Litigation.,* 2017.

Testimony and Deposition Testimony before the United States District Court for the Northern District of Texas, Dallas Division in *DEKA Investment GmbH, et al. v. Santander Consumer USA Holdings, Inc., et al*., 2017.

Deposition Testimony before the Superior Court of the State of North Carolina for Mecklenburg County in *Next Advisor, Inc. v. LendingTree, Inc.*, 2017

Deposition Testimony before the Supreme Court of the State of New York, County of New York in *Iroquois Master Fund Ltd., et al. v. Hyperdynamics Corporation*, 2016.

Deposition Testimony before the United States District Court for the Northern District of Texas, Dallas Division in *The Archdiocese of Milwaukee Supporting Fund, Inc., et al. v. Halliburton Company, et al.*, 2016.