UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUNIL AMIN, TRUSHAR PATEL, MANAN BHATT, MARY BLASCO, NICHOLAS BIASE, ROSA GRUE, JOHN DUDASIK, TODD BASLER, and GAIL MAHONEY, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>　　　　Defendants. | Case No. 1:17-CV-01701-AT<br><br>**DECLARATION OF JENNIFER M. KEOUGH REGARDING CAFA NOTICE** |

I, Jennifer M. Keough, declare and state as follows:

1. I am Chief Executive Officer of JND Class Action Administration ("JND"). This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees and Counsel for the Plaintiffs and Defendants ("Counsel"), and if called upon to do so, I could and would testify competently thereto.

2. JND is a legal administration services provider with headquarters located in Seattle, Washington. JND has extensive experience with all aspects of legal administration and has administered hundreds of class action settlements. As CEO, I am involved in all facets of JND's operation, including monitoring the implementation of our notice and claims administration programs.

3. JND is serving as the Settlement Administrator in the above captioned litigation, as ordered by the Court in its Pretrial Order No. 75 Granting Preliminary Approval of Class Settlement and Direction of Class Notice ("Preliminary Approval Order"), dated March 12, 2020.

1

This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

## CAFA NOTICE

4. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, JND compiled a CD-ROM containing the following documents:

   a. Complaint – Class Action, filed May 11, 2017;

   b. Motion for Preliminary Approval of Class Settlement and Direction of Class Notice, filed December 20, 2010, with exhibits;

   c. Class Action Settlement Agreement and Release

   d. Proposed Amended Consolidated Complaint – Class Action

   e. Declaration of Mediator and Former United States District Court Judge Edward A. Infante in Support of Preliminary Approval of Settlement, filed December 20, 2019;

   f. Declaration of Jonathan D. Selbin in Support of Plaintiffs' Motion for Preliminary Approval of Class Settlement and Direction of Class Notice, filed December 20, 2019;

   g. Declaration of Ketan A. Patel, filed December 20, 2019;

   h. Declaration of Jennifer M. Keough Regarding Proposed Notice Program, filed December 20, 2019, with exhibits;

   i. Declarations of Sunil Amin, Todd Basler, Manan Bhatt, Nicholas Biase, Mary Blasco, John Dudasik, Rosa Grue, Gail Mahoney, and Trushar Patel in Support of Motion for Final Approval of Class Action Settlement (collectively "Class Rep. Decls."), filed December 20, 2019; and,

    j. [Proposed] Order Granting Preliminary Approval of Class Settlement and Direction of Class Notice, filed December 20, 2019.

5. On December 23, 2019, Defendants provided JND with the applicable Vehicle Identification Numbers ("VINs") relating to vehicles included in the Class. In accordance with the Class Action Settlement Agreement and Release and the Notice Plan, JND sent these VINs to Departments of Motor Vehicles to gather addresses for potential Class Members. The process of obtaining various state clearances to release Class Member contact information takes weeks, often up to 60 days. Thus, it was not possible to provide a breakdown in the CAFA Notice Packet of the Settlement Class in accordance with 28 U.S.C. § 1715(b)(7). JND anticipated that the Settlement Class was sufficiently numerous as to include Class Members potentially residing in all 50 U.S. states, as well as the District of Columbia and U.S. territories and associated states.

6. The materials identified above were accompanied by a cover letter (collectively, the "CAFA Notice Packet"). The CD-ROM was sent by FedEx overnight mail on December 30, 2019, to the appropriate federal and state officials identified in the attachment to the cover letter. A copy of the cover letter and service list attachment are attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 25, 2020, in Seattle, Washington.

*Jennifer M. Keough* (signature)

Jennifer M. Keough