IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUNIL AMIN, TRUSHAR PATEL, MANAN BHATT, MARY BLASCO, NICHOLAS BIASE, ROSA GRUE, JOHN DUDASIK, TODD BASLER, and GAIL MAHONEY, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>      Defendants. | Case No. 1:17-cv-01701-AT |

## JUDGMENT

WHEREAS, the Court granted Preliminary Approval of Class Settlement and Direction of Class Notice on March 12, 2020, (Doc. 75); and

WHEREAS, the Court granted Final Approval of Class Settlement on September 11, 2020, (Order, Doc. 117);

**IT IS HEREBY ORDERED:**

1. All capitalized terms shall have the same meaning ascribed to them in the Class Action Settlement Agreement and Release and the Amendment to Class Action Settlement Agreement and Release ("Settlement") attached as Ex. A hereto.

2. The Settlement Class consists of a nationwide class of all current and former owners and lessees of Mercedes-Benz 2008-19 C-Class, 2010-15 GLK-Class, 2012-17 CLS-Class, 2010-19 E-Class, 2015-19 GLA-Class, 2013-16 GL-Class, 2016-19 GLE-Class, 2017-19 GLS-Class, 2012-15 M-Class, and 2016-19 GLC-Class who purchased or leased their Vehicles in the United States, except those individuals who timely and properly elected to opt out or who are otherwise excluded pursuant to the terms of the Settlement.

3. All Class Members are bound by the Settlement, the release contained therein, and this Final Judgment.

4. The Released Parties are forever discharged and released from all Released Claims.

5. The Court dismisses on the merits and with prejudice the claims in the Action asserted against Defendants, with each party to bear its own costs and attorneys' fees, except as provided in the Court's Final Approval of Class Settlement and Attorneys' Fees, Expenses, and Service Awards to the Class Representatives, and as provided in the Settlement.

6. Without affecting the finality of the judgment, the Court reserves and continues jurisdiction with respect to the implementation and enforcement of the terms of the Settlement, the Claims Process, distribution of Claim Awards, the payment of Attorneys' Fees, Expenses, and Service Awards to the Class Representatives, and over this Judgment.

7. Plaintiffs, Class Members, and Defendants irrevocably submit to the exclusive jurisdiction of this Court for the resolution of any matter arising out of or relating to the Settlement, the Order Granting Final Approval of Class Settlement, or this Judgment. All applications to the Court with respect to any aspect of the Settlement, the Order Granting Final Approval of Class Settlement and Attorneys' Fees, Expenses, and Service Awards to the Class Representatives, or this Judgment shall be presented to and determined by the United States District Court Judge Amy Totenberg for resolution, or, if she is not available, any other District Court Judge designated by the Court.

8. All Class Members are permanently barred and enjoined from instituting or continuing the prosecution of any action asserting Released Claims against Released Parties.

9. In the event that the provisions of the Settlement, the Order Granting Final Approval of Class Settlement, or this Judgment are asserted by Defendants or other Released Party as a ground for a defense, in whole or in part, to any claim or cause of action, or are otherwise raised as an objection in any other suit, action, or proceeding by a Class Member or Releasing Party, the Released Party shall be entitled to an immediate stay of that suit, action or proceeding until after this Court has entered an order or judgment determining any issues relating to the defense or objections based on such

provisions, and no further judicial review of such order or judgment is possible.

10. The Court finds under Federal Rule of Civil Procedure 54(b) that judgment should be entered and that there is no reason for delay. The Clerk is directed to enter this Judgment forthwith.

**IT IS SO ORDERED** this 16th day of September, 2020.

                                    **AMY TOTENBERG**
                                    **UNITED STATES DISTRICT JUDGE**