# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUNIL AMIN, TRUSHAR PATEL, MANAN BHATT, MARY BLASCO, NICHOLAS BIASE, ROSA GRUE, JOHN DUDASIK, TODD BASLER, and GAIL MAHONEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MERCEDES-BENZ USA, LLC, and DAIMLER AG, <br><br> Defendants. | Case No. 1:17-cv-01701-AT |

## MERCEDES-BENZ, USA LLC'S MOTION FOR ENFORCEMENT OF ORDER AND JUDGMENT

Defendant Mercedes-Benz USA, LLC ("MBUSA") respectfully moves the Court to enforce the order and judgment entered in this action against settlement class member Ray Satina ("Satina"). As further described in MBUSA's memorandum of law in support of this motion, which is incorporated by reference and is filed contemporaneously herewith, Satina has refused to dismiss claims currently pending in the U.S. District Court for the Central District of California that were resolved and expressly released by this Court's final order and judgment

in this action. Accordingly, as explained in the memorandum of law, MBUSA respectfully requests that the Court enter an order requiring Satina to dismiss within 14 days his individual claims in the *Satina* Action on the grounds that they are barred by res judicata. If Satina refuses to dismiss his claims, MBUSA respectfully requests that this Court hold Satina in civil contempt for violating the Final Judgment in this action. Upon a finding of civil contempt, MBUSA reserves the right to move for compensatory sanctions, including its reasonable costs and attorneys' fees incurred in connection with this motion's preparation and in defending aspects of the *Satina* Action.

Respectfully submitted this 20th day of January, 2021.

/s/ *Stephen B. Devereaux*
Stephen B. Devereaux (Ga. Bar No. 219791)
Madison H. Kitchens (Ga. Bar No. 561653)
Adam Reinke (Ga. Bar No. 510426)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
Email: sdevereaux@kslaw.com
  mkitchens@kslaw.com
  areinke@kslaw.com

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which automatically sends e-mail notification of such filing to any attorneys of record.

Additionally, I have caused the foregoing document to be sent via U.S. mail and e-mail to the following recipient:

DAVID N. BARRY, ESQ.
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539
dbarry@mylemonrights.com

Attorney for RAY SATINA


This 20th day of January, 2021.


                                           */s/ Stephen B. Devereaux*
                                           Stephen B. Devereaux
                                           Georgia Bar No. 219791