# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUNIL AMIN, TRUSHAR PATEL, MANAN BHATT, MARY BLASCO, NICHOLAS BIASE, ROSA GRUE, JOHN DUDASIK, TODD BASLER, and GAIL MAHONEY, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>      Defendants. | Case No. 1:17-cv-01701-AT<br><br>The Honorable Amy Totenberg |

## DECLARATION OF JENNIFER M. KEOUGH IN SUPPORT OF MBUSA'S MOTION FOR ENFORCEMENT OF ORDER AND JUDGMENT

I, Jennifer M. Keough, declare and state as follows:

1.    I am the Chief Executive Officer of JND Legal Administration ("JND"). JND is a legal administration services provider with headquarters located in Seattle, Washington. JND is the Court-appointed Settlement Administrator in the above captioned action ("Action"), per the Court's March 12, 2020 Order Granting Motion for Preliminary Approval of Class Settlement and

Direction of Class Notice ("Preliminary Approval Order"). Dkt. 75. This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees and counsel for Plaintiffs and Defendants in the Action, and, if called upon to do so, I could and would testify competently thereto.

2. On or about December 23, 2019, Defendants provided JND with a list of 2,564,215 Vehicle Identification Numbers ("VINs") representing the Subject Vehicles included in the Settlement Agreement.

3. JND then sent the VINs for the Class Vehicles to the Departments of Motor Vehicles ("DMVs") to gather mailing addresses for potential Class Members. The DMVs cross-referenced the VINs in their databases for vehicle transaction information and provided JND with related mailing addresses and contact information for potential Class Members.

4. Prior to mailing the Postcard Notice, JND reviewed the mailing data provided by the DMVs to identify any undeliverable addresses and duplicate records based on name and address.

5. Prior to mailing the Postcard Notice, JND updated the potential Class Member addresses using the USPS National Change of Address database.

6. On or before the May 11, 2020 deadline to send direct notice, pursuant to the Preliminary Approval Order, JND mailed, via the United States

Postal Service ("USPS"), the Court-approved 5"x7" Postcard Notice to Ray Satina, VIN 4JGDF6EE9FA606936, at 388 W Tulip Tree Ave, Orange County, CA 92865-1091. The notice sent to Mr. Satina was not returned to JND as undeliverable.

7. As explained in the Postcard Notice sent to Mr. Satina, the deadline for Class Members to opt out of the Settlement was July 25, 2020. JND did not receive any opt-out or exclusion request for Mr. Satina or his vehicle.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 13, 2021 in Seattle, Washington.

_____
Jennifer M. Keough